ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII ELECTRICIANS TRUST FUNDS, | CIVIL NO. CV06-00104JMS/BMK |
| Plaintiff, | |
| vs. | |
| MICHAEL G. MORAN dba MORAN ELECTRIC, | |
| Defendant. | |

FINDINGS AND RECOMMENDATION RE PLAINTIFF TRUSTEES
OF THE HAWAII ELECTRICIANS TRUST FUNDS' MOTION FOR DEFAULT
JUDGMENT AGAINST DEFENDANT MICHAEL G. MORAN
DBA MORAN ELECTRIC FILED JUNE 7, 2006

The Motion of Plaintiff Trustees of the Hawaii Electricians Trust Funds for Default Judgment Against Defendant Michael G. Moran doing business as Moran Electric filed herein on June 7, 2006 was heard before the above-entitled Court on September 7, 2006. Kathryn E. Young appeared for Plaintiff, Michael G. Moran appeared as Defendant pro se and no other person appeared.

At the hearing, the Court granted said Motion.

Therefore, based on the foregoing, the Court FINDS and RECOMMENDS that Plaintiff Trustees of the Hawaii Electricians Trust Funds' Motion for Default Judgment Against Defendant Michael G. Moran doing business as Moran Electric filed herein on June 7, 2006 be GRANTED.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii  9-14-2006

Barry M. Kurren
United States Magistrate Judge

---

Trustees of the Hawaii Electricians Trust Funds, Plaintiff vs. Michael G. Moran dba Moran Electric, Defendant.; Civil No. CV06-00104JMS/BMK; Findings and Recommendation Re Plaintiff Trustees of the Hawaii Electricians Trust Funds' Motion for Default Judgment Against Defendant Michael G. Moran dba Moran Electric Filed June 7, 2006.