IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRUSTEES OF THE HAWAII ELECTRICIANS TRUST FUNDS, | ) ) ) | CV 06-00104JMS-BMK |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| MICHAEL G. MORAN dba MORAN ELECTRIC, | ) ) ) | |
| Defendant(s). | ) ) | |

ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on September 15, 2006, and served on all parties on September 26, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation Re Plaintiff Trustees Of The Hawaii Electricians Trust Funds' Motion For Default Judgment Against Defendant Michael G. Moran dba Moran Electric Filed June 7, 2006 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 20, 2006.



_____
J. Michael Seabright
United States District Judge